

# NUMBER 13-15-00158-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MELISSA MARIE GARCIA,**                                    **Appellant,**

**v.**

**DAVID R. DE JESUS,**                                           **Appellee.**

---

### On appeal from the 156th District Court
### of San Patricio County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Melissa Marie Garcia, appeals a judgment rendered against her in favor of David R. De Jesus on a breach of contract claim. This cause was abated on May 6, 2015 to allow the parties to this appeal to mediate. The parties have now filed an agreed motion to dismiss this appeal with prejudice on grounds that they have settled and compromised this matter.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, we REINSTATE the appeal and we GRANT the agreed motion to dismiss. The appeal is hereby DISMISSED with prejudice. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
16th day of July, 2015.